NELSON P. COHEN  
United States Attorney

RICHARD L. POMEROY  
Assistant U.S. Attorney  
222 West 7th Avenue, # 9, Room 253  
Anchorage, AK  99513-7567  
Tel. (907) 271-5071  
Fax  (907) 271-2344  
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>            Plaintiff,    )<br>                              )<br>     vs.                      )<br>                              )<br>  Reece T. Dringle,           )<br>                              )<br>            Defendant.        ) | No.  3:00-CR-00083 (JWS)<br><br>**PROPOSED ORDER TO RELEASE<br>ATTACHED PFD FUNDS** |

   Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

   The attached funds, in the amount of $1,086.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX"), as payment toward Defendant's criminal restitution.

   IT IS SO ORDERED.

DATED:_____        _____  
                                       UNITED STATES DISTRICT JUDGE

**DOCUMENT NAME**  
Reece T. Dringle  
3:00-CR-00083 (JWS)