# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** UNITED STATES OF AMERICA

**COURT CASE NUMBER:** 3:00-CR-00083 JWS

**DEFENDANT:** REECE T. DRINGLE

**TYPE OF PROCESS:** WRIT OF GARNISHMENT

RECEIVED NOV 19 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:**
State of Alaska, Department of Revenue, Enforcement Division

**AT ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code):
~~1016 W. 6th Ave., Ste. 100~~, 616 E Street, Anchorage, AK 99501 Attn: Public Service Dept.

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Receipt #131771
Rc'd 11/19/07 $1636.00

**Signature of Attorney or other Originator requesting service on behalf of:** Richard L. Pomeroy, A.U.S.A.
☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:** (907) 271-5071
**DATE:** 8-1-07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served** (if not shown above): Linda Norris

**Date of Service:** 8/3/07  **Time:** 1175 am

**Service Fee:** 45.00

**REMARKS:** Returned 11/19/2007
Received $1,636.00
Check #57780289

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — **FORM USM-285 (Rev. 12/15/80)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REECE T. DRINGLE )<br>SSN#    SSN Redacted )<br>DOB:    DOB Redacted )<br>)<br>Defendant. )<br>_____ ) | Case No. A00-083CR |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **August 3, 2007,** by Deputy U.S. Marshal **Andrew Arnold** and that on **November 16, 2007** this office did receive a State of Alaska Treasury Warrant Check No. **57780289** made payable to the Clerk of Court in the amount of **$1,636.00.**

I hereby return said check to the U.S. District Court **partially** satisfying this Writ of Execution, dated this **19th** day of **November, 2007** at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

04154

# Notice of Levy
## On Alaska Permanent Fund Dividend
## By a Court Writ

To: State of Alaska
   Department of Revenue
   Permanent Fund Dividend Division

From: United States Marshals
   222 W. 7th Avenue, #28
   Anchorage, AK 99513-7504
   Phone (907) 271-5154

*- For PFD Division Use Only -*
PFD Server Code

**G0137**

Location _____

Priority _____

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**Case Number** 3:00-CR-00083-JWS

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** Reece T. Dringle
   **AKA or Alias:**
   **Social Security Number:** SSN Redacted
   **Date of Birth:** DOB Redacted
   **Amount of Writ** $10,107.06
   **Service Fee** $
   **Interest to October 15** $n/a
   **Total Due** $10,107.06

Service Agent
Signature: [signature]
Printed Name: ANDREW ARNOLD
Date: 8/3/07
Title: DUSM

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

(Rev. 11/04)

04154

```
Not Negotiable - See important tax information on the back of this form. 00003402
       1099-MISC                    Case Id: 300CR00083JWS
                                    Applicant's Name:
    Payer's Name: State of Alaska     DRINGLE, REECE T
       Federal ID: 92-6001185
```

| | | | |
|---|---|---|---|
| Warrant Issue Date: | 11/13/2007 | Warrant Amount. . . . . . . . . . | $1,636.00 |
| Warrant Number: | 57780289 | CLERK OF COURT | |
| | | 222 W 7TH AVE #28 | |
| PFD ALN: | 07572768 | ANCHORAGE AK  99513 | |

```
Funding for PFD dividends comes from:       The Total Gross Dividend has been reduced for:
 * Permanent Fund earnings:                  * Medical and Public Assistance hold
    Constitutional dedication of funds  $591.88   harmless provisions of AS 43.23.075    -$21.33
    Legislative action:                      * Legislative appropriation of convicted
      Statutory inflation proofing    659.52     and incarcerated felon and misdemeanant
      Special legislative appropriations 439.68    dividends                             -18.98
 * Reimbursements to the Dividend Fund    0.00  * Dividend program administrative costs  -12.95
 * Unexpended prior year Dividend Funds  18.96  * Prior year dividend obligations         -2.78

    Total Gross Dividend           $1,710.04       Net Dividend                       $1,654.00
```

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:
* sentenced as a result of a felony conviction,
* incarcerated as a result of a felony conviction, or
* incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2006 dividends to individuals not eligible under this provision were $11,469,212.

The legislative purpose for making these individuals not eligible to receive a dividend is to:
* obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
* provide funds for services for and payments to crime victims and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2008 under this purpose are:
* Department of Corrections                                  $6,211,400
* Council on Domestic Violence and Sexual Assault             3,789,600
* Violent Crimes Compensation Board                           1,067,600
* Office of Victims' Rights                                     400,600
                                                             -----------
Total appropriations                                        $11,469,200
                                                             ===========

**Dividend Information Offices: Anchorage (907) 269-0370 Fairbanks (907) 451-2820 Juneau (907) 465-2326 Inside Alaska 1-800-773-8813**